■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER PALEO, Appellant. [932 NYS2d 20]—

Concur—Gonzalez, P.J., Andrias, Saxe and Sweeny, JJ.